

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JBD/KRA
F. #2024R00799

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 17, 2026

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Puthugraman Chidambaran et al.
       Criminal Docket No. 26-97 (NGG)

Dear Judge Garaufis:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety. The defendants have been taken into federal custody pursuant to arrest warrants. Accordingly, there is no longer a reason for the matter to remain sealed. A proposed order is enclosed.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    ___/s/_____
       Joshua B. Dugan
       Kamil R. Ammari
       Assistant U.S. Attorneys
       (718) 254-7000

Encl.

cc:    Clerk of Court (by ECF)